Honorable Robert J. Bryan

IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP PADELFORD and AMARYLYS PADELFORD, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSMIT UNLTD, INC., a Washington corporation; ALL-LANDS, INC., a Washington corporation; HIGH PRODUCTION, INC., a Washington corporation; COUNCIL ENTERPRISES, a purported entity; STATE AUTHORITY INVESTMENTS, a purported entity; HEALTHY OPTIONS, a purported entity; DAVID CARROLL STEPHENSON, an individual and the marital community composed of DAVID CARROLL STEPHENSON and JANE DOE STEPHENSON; INTERNAL REVENUE SERVICE, a division of the Federal government of the United States; JOHN DOE and JANE DOE, husband and wife, if living, and the unknown heirs at law of JOHN DOE and JANE DOE, if deceased, and all other persons or parties unknown claiming any right, title, estate, lien, or interest in the real estate described in the complaint, <br><br> Defendants. | Civil No. C05-5551RJB <br><br> (Removed from Washington State Superior Court for Pierce County, Civil No. 05-2-09899-1) <br><br> **ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Before the Court is the United States' motion for extension of time to respond to Plaintiffs' complaint in the above-captioned action. Having considered the motion, and any

ORDER GRANTING US'
MOTION FOR EXTENSION OF TIME
(Civ. No. C05-5551RJB)

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-6061

- 1 -

1  response thereto, the Court finds good cause to grant the relief sought by the motion.

2  Accordingly, it is hereby

3  **ORDERED**, that the United States' motion for extension of time to respond to Plaintiffs'

4  complaint is GRANTED.  The United States shall have sixty (60) days from the date of proper

5  service of the complaint upon the United States Attorney General in Washington, D.C. in which to

6  respond to this action.

8  DATED this 6th day of September, 2005.

*[signature: Robert J. Bryan]*

Robert J. Bryan
United States District Judge

Presented by:

/s/ *Jennifer D. Auchterlonie*
JENNIFER D. AUCHTERLONIE
ADAM F. HULBIG
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Fax: (202) 307-0054
jennifer.d.auchterlonie@usdoj.gov
adam.f.hulbig@usdoj.gov

ORDER GRANTING US'
MOTION FOR EXTENSION OF TIME
(Civ. No. C05-5551RJB)

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-6061