1

Hon. Robert J. Bryan

2

3

4

5

6

IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

7

AT SEATTLE

8

PHILLIP PADELFORD and AMARYLYS
PADELFORD, husband and wife,

9

Plaintiffs,

10

11

v.

12

TRANSMIT UNLTD, INC. a Washington
corporation; ALL-LANDS, INC., a Washington
corporation; HIGH PRODUCTION, INC., a
Washington corporation; COUNCIL
ENTERPRISES, a purported entity; STATE
AUTHORITY INVESTMENTS, a purported
entity; HEALTHY OPTIONS, a purported entity;
DAVID CARROLL STEPHENSON, an
individual and the marital community composed of
DAVID CARROLL STEPHENSON and JANE
DOE STEPHENSON; INTERNAL REVENUE
SERVICE, a division of the Federal government of
the United States; JOHN DOE and JANE DOE,
husband and wife, if living, and the unknown heirs
at law of JOHN DOE and JANE DOE, if deceased,
and all other persons or parties unknown claiming
any right, title, estate, lien, or interest in the real
estate described in the complaint herein,

13

14

15

16

17

18

19

20

Defendants.

21

Civil No. C05-5551RJB

(Removed from Washington State Superior
Court for Pierce County, Civil No. 05-2-
09899-1)

**ORDER OF DISMISSAL PURSUANT
TO CR 41 WITHOUT PREJUDICE AS
TO DEFENDANT UNITED STATES
AND ITS VARIOUS ENTITIES**

22

THE COURT having considered the motion of the plaintiff for an order of dismissal of its

23

action against the defendant UNITED STATES and its various entities, it is hereby:

24

Law Offices of
**TURNBULL & BORN,** P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma, WA  98402
(253) 383-7058; FAX (253) 572-7220

1   ORDERED that this action is dismissed against UNITED STATES and its various entities

2   without prejudice and without further costs.

3        DATED this 19th day of October, 2005.

4

5                                    ROBERT J. BRYAN

6                                    United States District Court Judge

7   Presented by:

8

9   /s/ E.M. Mount
10  E.M. Mount, WSBA 32973
    Attorney for Plaintiff
10  950 Pacific Avenue, Suite 1050
11  Tacoma, WA. 98402
    253.383.7058
12

13

14

15

16

17

18

19

20

21

22

23

24

Law Offices of
TURNBULL & BORN, P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma, WA  98402
(253) 383-7058; FAX (253) 572-7220