Hon. Robert J. Bryan

IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP PADELFORD and AMARYLYS PADELFORD, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSMIT UNLTD, INC. a Washington corporation; ALL-LANDS, INC., a Washington corporation; HIGH PRODUCTION, INC., a Washington corporation; COUNCIL ENTERPRISES, a purported entity; STATE AUTHORITY INVESTMENTS, a purported entity; HEALTHY OPTIONS, a purported entity; DAVID CARROLL STEPHENSON, an individual and the marital community composed of DAVID CARROLL STEPHENSON and JANE DOE STEPHENSON; INTERNAL REVENUE SERVICE, a division of the Federal government of the United States; JOHN DOE and JANE DOE, husband and wife, if living, and the unknown heirs at law of JOHN DOE and JANE DOE, if deceased, and all other persons or parties unknown claiming any right, title, estate, lien, or interest in the real estate described in the complaint herein,<br><br>Defendants. | Civil No.  C05-5551RJB<br><br>(Removed from Washington State Superior Court for Pierce County, Civil No. 05-2-09899-1)<br><br>**ORDER REMANDING CAUSE TO STATE COURT** |

THE COURT having considered the motion of the plaintiff for an order remanding this action to the Pierce County Superior Court of the State of Washington for further proceedings under this cause, it is hereby:

ORDER REMANDING CAUSE
PAGE 1 OF 2

Law Offices of
**TURNBULL & BORN,** P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma, WA  98402
(253) 383-7058; FAX (253) 572-7220

1  ORDERED that this action is remanded to the Pierce County Superior Court of the State
2  of Washington for further proceedings.

3  DATED this 19th day of October, 2005.

*(signature)*

ROBERT J. BRYAN
United States District Court Judge

Presented by:

/s/ E.M. Mount
E.M. Mount, WSBA 32973
Attorney for Plaintiff
950 Pacific Avenue, Suite 1050
Tacoma, WA. 98402
253.383.7058

ORDER REMANDING CAUSE
PAGE 2 OF 2

Law Offices of
**TURNBULL & BORN,** P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave., Tacoma, WA  98402
(253) 383-7058; FAX (253) 572-7220